## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **J. DOE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:21-cv-00205** |
| **OCHSNER HEALTH SYSTEM, UNIVERSITY OF QUEENSLAND, AND** | * | **JUDGE:** |
| **OCHSNER CLINICAL SCHOOL** | * | **MAGISTRATE JUDGE:** |

**************************************************************************

## MOTION TO PROCEED UNDER PSEUDONYM

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff J. Doe, who respectfully moves this Court for an Order allowing the matter to proceed in the above-captioned matter under a pseudonym. As shown more fully in the Memorandum in Support filed herewith, Plaintiff makes this request in order to be protected from harassment, harm, ridicule, adverse action, and personal embarrassment. Given the nature of the claims presented - and the highly intimate personal information that the suit entails - combined with the potential for adverse internet driven attention and harm, Plaintiff fears reprisals as a result of representations made and information disclosed in the lawsuit. Plaintiff believes that the need for anonymity outweighs any possible prejudice to the public's interest in knowing an actual legal name.

**WHEREFORE**, Plaintiff J. Doe respectfully prays that this Motion be granted and the lawsuit be permitted to be filed under a pseudonym and without the disclosure of Plaintiff's actual legal name at this time.

        **Respectfully submitted,**

        **LOWE, STEIN, HOFFMAN,**
         **ALLWEISS & HAUVER, L.L.P.**

        /s/ Michael R. Allweiss
        **MICHAEL R. ALLWEISS (#2425)**
        **MELANIE C. LOCKETT (#30601)**
        **ABIGAIL F. GERRITY (#35777)**
        **701 Poydras Street, Suite 3600**
        **New Orleans, Louisiana 70139-7735**
        **(504) 581-2450**
        **(504) 581-2461 (Fax)**
        **Attorneys for J. Doe**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 1, 2021, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Michael R. Allweiss
        **MICHAEL R. ALLWEISS**